Opinion issued
January 26, 2012.

 



In
The

Court of
Appeals

For
The

First District
of Texas

————————————

NO. 01-11-01046-CV

———————————

in re JASON B. LANE, JASON B. LANE ENERGY PARTNERS,
LLC, SILVER SPUR ROYALTY COMPANY, LLC, AND FAB FIVE ROYALTY COMPANY, LLC, Relators



 



 

Original Proceeding on
Petition for Writ of Mandamus



 



 

 

MEMORANDUM
OPINION

 

          In
this original proceeding, relators Jason B. Lane, Jason B. Lane Energy
Partners, LLC, Silver Spur Royalty Company, LLC, and Fab Five Royalty Company, LLC, seek a writ of mandamus to enforce a mandatory venue provision of  the Texas Civil Practice and Remedies
Code.  SeeTex. Civ.
Prac. & Rem. Code Ann. § 15.0642 (West 2002).  Real parties in interest Furie Petroleum
Company, LLC and Mark Woodside, Barrington Northeast, LLC, Blaze Services, LLC,
and Casita Del Mar, LLC (third-party defendants below) have filed a
response.  

          We
deny the petition for writ of mandamus.   


PER CURIAM

Panel consists of Justices Jennings,
Massengale, and Huddle.